FILED

2010 SEP 10 PM 3:46

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DIENA DISHMAN,

Plaintiff,

CASE NO.: 3:10-cv-831-J-12 JRK

v.

UNITED STATES OF AMERICA,

Defendant.

---

**COMPLAINT**

Plaintiff, DIENA DISHMAN, by and through her undersigned counsel, sues Defendant United States of America and alleges:

1. This suit arises under the Federal Tort Claim Act, 28 USC § 2671-2680. This Court has jurisdiction under 28 USC § 1346(b)(1). Plaintiff, Diena Dishman, is a resident of Jacksonville, Duval County, Florida.

2. Ms. Dishman is deaf in both ears and depends on two specially made cochlear implants to allow her to hear.

3. Defendant oversees the Transportation Security Administration (TSA).

4. On May 5, 2007, Ms. Dishman arrived at Providence/TF Green airport in Providence, Rhode Island for Delta Airlines flight 6204 to New York's John F. Kennedy (JFK) airport. From JFK, Ms. Dishman would then board Delta flight 5069 to Jacksonville International Airport in Jacksonville, Florida.

5. When traveling by air, dual cochlear implants can cause dizziness and other discomfort. Ms. Dishman placed one of her cochlear implants in her checked baggage.

6. TSA personnel inspected the checked baggage without Ms. Dishman present and without giving her prior notice of the inspection.

7. TSA personnel left a one page notice in her checked baggage that the bag had been inspected by the government (see attached). The notice includes the following handwritten note: "1 metal device removed." The metal device was Ms. Dishman's cochlear implant.

8. TSA did not return Ms. Dishman's cochlear implant.

## CONVERSION

9. Plaintiff hereby realleges paragraphs one (1) through eight (8) as if fully set out herein.

10. Defendant's failure to return Ms. Dishman's cochlear implant constitutes an unauthorized act.

11. Defendant's conduct has permanently deprived Ms. Dishman of the use and benefit of this medically necessary device.

12. The deprivation caused by Defendant is inconsistent with any interest Defendant had in the device.

13. On September 23, 2008, in conformity with 28 U.S.C. § 2675, Ms. Dishman gave written notice of her claim for damages in the amount of $8,190.00 to Defendant.

14. On March 15, 2010, Defendant sent Ms. Dishman a final written denial of her claim.

15. Ms. Dishman has satisfied all conditions precedent to bringing this lawsuit.

WHEREFORE, Plaintiff Diena Dishman demands judgment against Defendant UNITED STATES OF AMERICA, for damages, including past and future medical expenses, and any relief the Court deems just and proper under the circumstances.

DATED this 10th day of September, 2010.

**SPOHRER & DODD, P.L.**

**ROBERT F. SPOHRER, ESQUIRE**
Florida Bar No: 0184500
**MATTHEW W. SPOHRER, ESQUIRE**
Florida Bar No: 0062534
701 West Adams St., Ste 2
Jacksonville, FL 32204
Telephone: 904-309-6500
Facsimile: 904-309-6501
Attorneys for Plaintiff